ORIGINAL

UNITED STATES DISTRICT COURT
SOUNTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,              :

      - v -                              :       NOTICE OF INTENT TO
                                          FILE AN INFORMATION

RICHARD CENTENO,                                08 CRIM

              Defendant.       :       08 CRIM 195

- - - - - - - - - - - - - - - x

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           February 15, 2007

                                     MICHAEL J. GARCIA
                                     United States Attorney

            By:  _____
                     Jessica A. Masella
                     Assistant United States Attorney

                AGREED AND CONSENTED TO:

            By:  _____
                     Eric M. Sears
                     Attorney for Richard Centeno

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 2/25/08

2/25/08 WHEEL A