UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

    - v -                          :     INFORMATION

RICHARD CENTENO,                   :     08 Cr. ___ (RMB)
    a/k/a "Darkside,"
                                       :

        Defendant.
                                       :
- - - - - - - - - - - - - - - - x



## COUNT ONE

The United States Attorney charges:

On or about March 27, 2006, in the Southern District of New York, RICHARD CENTENO, a/k/a "Darkside," the defendant, unlawfully, willfully, and knowingly did possess a firearm, to wit, a Mossberg 12-gauge pump action shotgun which as modified had a barrel of less than 18 inches in length, and which is not registered to him in the National Firearms Registration and Transfer Record.

(Title 26, United States Code, Sections 5845(a), 5861(d) and 5871
       and Title 18, United States Code, Section 2.)

                                                /s/ Michael J. Garcia
                                          MICHAEL J. GARCIA
                                          United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 10 2008

Form No. USA-33s-274 (Ed. 9-25-58)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

### UNITED STATES OF AMERICA

- v. -

### RICHARD CENTENO,
a/k/a "Darkside"

Defendant.

### INFORMATION

08 Cr. ___ (RMB)

(Title 26, United States Code, Sections 5845(a), 5861(d) and 5871 and Title 18, United States Code, Section 2)

Michael J. Garcia
United States Attorney.

CRIMINAL MEMORANDUM TO DOCKET CLERK

Before the Honorable Richard M. Berman
United States District Judge

------------------------------------------------------------X

UNITED STATES OF AMERICA,                              08 **CR.**      (RMB)

          Government,

          -against-

RICHARD CENTENO,
          Defendant.

------------------------------------------------------------X

3/10/08      AUSA Jessica Masella present;
           Defendant (custody) present with defense attorney Sears;
           Court Reporter Steve Greenblum present;
           information filed;
           defendant waives indictment and agrees to proceed by information;
           defendant is arraigned;
           defendant waives a public reading and enters a plea of not guilty;
           next conference is scheduled for 4/30/08 at 2:00 pm;
           Speedy trial time is excluded for the reasons set forth in the record from 3/10/08
until 4/30/08 pursuant to 18 USC 3161(h)(8)(A) and (B).

           Berman, J.