UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA : | **08 CRIM 195** |
| v. : | |
| RICHARD CENTENO, : | 08 Cr. ___ (RMB) |
| a/k/a "Darkside," | |
| : | |
| Defendant. : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The above-named defendant, who is accused of violating Title 26, United States Code, Sections 5845, 5861(d), and 5871, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 10 2008

_R. Centeno_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:  New York, New York
       March 10, 2008

0202